UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Victoria A. Steffen, Esq.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 (Fax)
    Attorney for Debtor(s)

In Re:
Sharon McNeal-Silnicki

Case No.: 19-11614

Judge: JNP

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Sharon McNeal-Silnicki__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __April 17, 2019 @10 AM__.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 4/5/2019                                    *Sharon J. Michael-Shricki*
                                                   Signature of Debtor

DATED: _____                      _____
                                                   Signature of Joint Debtor

new.5/23/06;jml

2