*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| In Re:<br><br>SHARON L. MC NEAL-SILNICKI<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 19-11614-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: May 01, 2019

ICB:   KES
via first class mail:

    SHARON L. MC NEAL-SILNICKI

Respectfully submitted,

*/s/ ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

IN RE:  Sharon L. McNeal-Silnicki
Case No. 19-11614 JNP

## CERTIFICATION

STATE OF NEW JERSEY   :
                                              ss:
COUNTY OF CAPE MAY  :

**I, Sharon McNeal-Silnicki**, hereby certify the following :

1. I currently live at 1043 Route 47 South, Rio Grande, NJ 08247

2. This property is comprised of two separate dwelling units on the same lot. One of these, I occupy with my husband. The other is currently occupied by a couple I know and they pay me $950.00 per month. I have attached a short lease agreement I had drawn up for them.

3. I do not own any other separate rental properties.

I certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I am subject to punishment.

DATE: 2/26/19

_Sharon L. McNeal-Silnicki_
SHARON L. MCNEAL-SILNICKI