Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19–11614–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon L. McNeal–Silnicki
   aka Sharon L. McNeal
   1043 Route 47 S
   Rio Grande, NJ 08242–1507

Social Security No.:
   xxx–xx–1753

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                November 5, 2019
Time:               10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*19* – Certification in Opposition to Dismissal of Case (related document:18 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/11/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Victoria A. Steffen on behalf of Sharon L. McNeal–Silnicki. (Steffen, Victoria)

and transact such other business as may properly come before the meeting.

Dated: October 9, 2019
JAN: kaj

                                                                     Jeanne Naughton
                                                                     Clerk