**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re: SHARON L. MCNEAL-SILNICKI  
A/K/A SHARON L. MCNEAL  
**Debtor**

Case No. 19-11614 - JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FREEDOM MORTGAGE CORPORATION | J.G. WENTWORTH HOME LENDING, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
FREEDOM MORTGAGE CORPORATION
PO Box 50485
Indianapolis, IN 46250-0485

Court Claim # (if known): 8
Amount of Claim: $151,226.68
Date Claim Filed: 04/02/2019

Payment address:
FREEDOM MORTGAGE CORPORATION
PO Box 6656
Chicago, IL 60680-6656

Phone: 855-690-5900
Last Four Digits of Acct #: 3409

Phone:
Last Four Digits of Acct #: 5786

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: 3409

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Davidow  
  Transferee/Transferee's Agent

Date: December 13, 2019

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>833358<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for FREEDOM MORTGAGE CORPORATION | |
| In Re:<br><br>SHARON L. MCNEAL-SILNICKI A/K/A SHARON L. MCNEAL | Case No: 19-11614 - JNP<br><br>Hearing Date:<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Jessica Gregg:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents FREEDOM MORTGAGE CORPORATION in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 13, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 13, 2019                    /s/ *Jessica Gregg*
                                                                      Jessica Gregg

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sharon L. McNeal-Silnicki<br>1043 Route 47 South<br>Rio Grande, NJ 08242-1507 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Victoria A. Steffen, Esquire<br>311 South Main Street<br>Po Box 627<br>Cape May Court House, NJ 08210 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.