Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-11614 (JNP)**

Sharon L. Mc Neal-Silnicki  
1043 Route 47 South  
Rio Grande, NJ  08242-1507

Monthly Payment: $300.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2019 | $300.00 | 03/18/2019 | $300.00 | 04/16/2019 | $300.00 | 05/30/2019 | $300.00 |
| 07/01/2019 | $300.00 | 07/08/2019 | $-300.00 | 07/18/2019 | $300.00 | 10/03/2019 | $600.00 |
| 10/07/2019 | $300.00 | 10/11/2019 | $300.00 | 11/20/2019 | $150.00 | 12/03/2019 | $150.00 |
| 12/18/2019 | $150.00 | 12/26/2019 | $150.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHARON L. MC NEAL-SILNICKI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTORIA A. STEFFEN, ESQUIRE | 13 | $3,750.00 | $2,760.00 | $990.00 | $2,483.40 |
| 1 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLIANCE ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $481.60 | $0.00 | $481.60 | $0.00 |
| 4 | CAPE REGIONAL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $983.59 | $0.00 | $983.59 | $0.00 |
| 6 | DELASOTTA, FERNANDO MD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GATEWAY ONE LENDING & FINANCE, LLC | 33 | $9,622.11 | $0.00 | $9,622.11 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $4,988.97 | $0.00 | $4,988.97 | $0.00 |
| 9 | FREEDOM MORTGAGE CORPORATION | 24 | $25,089.13 | $0.00 | $25,089.13 | $0.00 |
| 10 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $2,619.57 | $0.00 | $2,619.57 | $0.00 |
| 12 | LYONS,DOUGHTY & VELDHUIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND FUNDING, LLC | 33 | $839.59 | $0.00 | $839.59 | $0.00 |
| 14 | NJ EZ PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NPAS INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NATIONAL PROCESSING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NATIONWIDE RECOVERY SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PANTHER MEDICAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PUBLISHERS CLEARING HOUSE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RECEIVABLES OUTSOURCING LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SANTANDER CONSUMER USA, INC. | 33 | $10,615.16 | $0.00 | $10,615.16 | $0.00 |
| 22 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TOWNSHIP OF MIDDLE EMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TRICARE MEDICAL TRANSPORTATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | Victoria A. Steffen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CAPITAL ONE BANK USA, N.A. | 33 | $1,640.87 | $0.00 | $1,640.87 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 33 | $376.76 | $0.00 | $376.76 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2019 | 15.00 | $300.00 |
| 05/01/2020 | 45.00 | $761.00 |
| 02/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,300.00 |
| Total paid to creditors this period: | $2,483.40 |
| Undistributed Funds on Hand: | $276.60 |
| Arrearages: | $300.00 |
| Attorney: | VICTORIA A. STEFFEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**