Form 210A (12/09)

# United States Bankruptcy Court

District Of **New Jersey**

In re **SHARON SILNICKI**, Case No. **19-11614**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Santander Consumer USA Inc. | Gateway One Lending & Finance, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

Phone:
Last Four Digits of Acct #:     8592

Name and Address where transferee payments should be sent (if different from above):

Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356

Phone:
Last Four Digits of Acct #:     8592

Court Claim #(if known):  1
Amount of Claim:  $9,622.11
Date Claim Filed:  1/31/2019

Phone:
Last Four Digits of Acct #:  4459

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lorraine Lowery-Johnson    Date: 3/10/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of upt $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 & 3571.