Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–11614–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sharon L. McNeal–Silnicki
aka Sharon L. McNeal
1043 Route 47 S
Rio Grande, NJ 08242–1507

Social Security No.:
xxx–xx–1753

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 3, 2019.

On 3/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: May 6, 2020
Time: 09:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 20, 2020
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-11614-JNP
Sharon L. McNeal-Silnicki                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 2                    Date Rcvd: Mar 20, 2020
                              Form ID: 185                 Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db              Sharon L. McNeal-Silnicki,    1043 Route 47 S,    Rio Grande, NJ 08242-1507
cr             +FREEDOM MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
517989334       APEX Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
517989335       Boscov's/Comenity Cap Bank,    Bankruptcy Dept,    PO Box 183043,    Columbus, OH 43218-3043
517989338       DeLasotta, Fernando MD,    PO Box 385,    Linwood, NJ 08221-0385
518618827       FREEDOM MORTGAGE CORPORATION,    PO Box 50485,    Indianapolis, IN 46250-0485
518618828       FREEDOM MORTGAGE CORPORATION,    PO Box 50485,    Indianapolis, IN 46250-0485,
                 FREEDOM MORTGAGE CORPORATION,    PO Box 50485,    Indianapolis, IN 46250-0485
518133035      +J.G. Wentworth Home Lending, LLC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
518158726      +J.G. Wentworth Home Lending, LLC.,     c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
517989341       JG Wentworth Home Lending,    PO Box 77404,    Ewing, NJ 08628-6404
517989342       KML Law Group,    216 Haddon Ave # 406,    Westmont, NJ 08108-2812
517989344      +Lyons,Doughty & Veldhuis,    136 Gaither Dr Ste 100,    Mount Laurel, NJ 08054-2239
517989348       NJ EZ Pass,    PO Box 4972,    Trenton, NJ 08650-4972
517989349       NPAS Inc,    PO Box 99400,    Louisville, KY 40269-0400
517989346       National Processing,    4132 S Rainbow Blvd # 388,    Las Vegas, NV 89103-3106
517989347       Nationwide Recovery Services,    545 Inman St E,    Cleveland, TN 37311-6248
517989350      +Panther Medical,    935 Highway 34 Ste B,    Matawan, NJ 07747-3282
517989351       Publishers Clearing House,    PO Box 6344,    Harlan, IA 51593-1844
517989352       Receivables Outsourcing LLC,    PO Box 549,    Timonium, MD 21094-0549
518601162      +Robert J. Davidow, Esq.,    Phelan Hallinan Diamond & Jones, PC,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
517989353       Santander Consumer USA,    Bankruptcy Dept.,    PO Box 560284,    Dallas, TX 75356-0284
518021925      +Santander Consumer USA Inc,    P.O. Box 961245,    Fort Worth, TX 76161-0244
518757368       SantanderConsumerUSA Inc,    successor in interest to Gateway,One,
                 Lending&Finance,LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356
518757369       SantanderConsumerUSA Inc,    successor in interest to Gateway,One,
                 Lending&Finance,LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356,    SantanderConsumerUSA Inc,
                 successor in interest to Gateway,One
517992396       Steven Silnicki,    1043 Route 47 S,    Rio Grande, NJ 08242-1507
517989355       Township of Middle EMS,    PO Box 476,    Cape May Court House, NJ 08210-0476
517989356       Tricare Medical Transportation,    825 Noahs Rd,    Pleasantville, NJ 08232-4227
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2020 23:22:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2020 23:22:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517989333       E-mail/Text: kristin.villneauve@allianceoneinc.com Mar 20 2020 23:20:48      Alliance One,
                 4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
517989336       E-mail/Text: lriley@caperegional.com Mar 20 2020 23:21:33      Cape Regional Medical Center,
                 Attn: Billing Dept,    2 Stone Harbor Blvd,    Cape May Court House, NJ 08210-2138
517989337       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 23:26:08
                 Capital One Bank (USA), N.A.,    PO Box 30258,    Salt Lake City, UT 84130-0258
518045075      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2020 23:28:16
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517989339       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 20 2020 23:20:46
                 Gateway One Lending,    3818 E Coronado St Ste 100,    Anaheim, CA 92807-1620
518003500       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 20 2020 23:20:46
                 Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
517989340       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 20 2020 23:21:40      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517989343       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 23:27:10      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10497,    Greenville, SC 29603-0497
518068247       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 23:27:12      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518065101      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2020 23:22:07      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517989345       E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2020 23:22:07      Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517989354       E-mail/Text: jboehler@shorememorial.org Mar 20 2020 23:22:52      Shore Medical Center,
                 100 Medical Center Way,    Somers Point, NJ 08244-2300
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Mar 20, 2020
                               Form ID: 185             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    J.G. Wentworth Home Lending, LLC.
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Victoria A. Steffen    on behalf of Debtor Sharon L. McNeal-Silnicki vsteffen@verizon.net,
               G30369@notify.cincompass.com
                                                                                             TOTAL: 7
```