**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Victoria A. Steffen, Esq.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990
vsteffen@verizon.net

Attorney for Debtor(s)

Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON L. MCNEAL-SILNICKI

Case No.: 19-11614

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: June 4, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Victoria A. Steffen_____, the applicant, is allowed a fee of $ ____900.00____ for services rendered and expenses in the amount of $_____ for a total of $ ____900.00____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11614-JNP
Sharon L. McNeal-Silnicki                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 05, 2020
                       Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
db              Sharon L. McNeal-Silnicki,   1043 Route 47 S,   Rio Grande, NJ  08242-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Kevin Gordon McDonald    on behalf of Creditor    J.G. Wentworth Home Lending, LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Robert Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
    Sherri Jennifer Smith    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    Victoria A. Steffen    on behalf of Debtor Sharon L. McNeal-Silnicki vsteffen@verizon.net, G30369@notify.cincompass.com
                                                                                                                       TOTAL: 7