**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 106318B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**In re:**

    **Sharon L. McNeal-Silnicki**
    **a/k/a Sharon L. McNeal**

    **Debtor**

:    CASE NO. 19-11614-JNP

:    CHAPTER 13

:    ENTRY OF APPEARANCE AND
    REQUEST FOR SERVICE
:    OF NOTICES, PLEADINGS, ETC.

:

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Freedom Mortgage Corporation, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318 | Freedom Mortgage Corporation<br>Attn: BK Dept.<br>10500 Kincaid Drive<br>Fishers, IN 46037 |

 /s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Freedom Mortgage Corporation

DATED: October 22, 2020