UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Victoria A. Steffen, Esq.
311 South Main Street
PO Box 627
Cape May Court House, NJ 08210
609-463-0611
609-463-1990 Fax
vsteffen@verizon.net

Attorney for Debtor (s)

In Re:

Sharon L. McNeal-Silnicki

Case No.: 19-11614

Chapter: 13

Adv. No.: 

Hearing Date: 1/25/2022 11:00 AM

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, Victoria A Steffen :

   ☒ represent __Debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 12/23/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion, Debtor's Certification in Support, Memorandum of Law with Exhibits A & B and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/27/2022

/s/ Victoria A Steffen
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rob Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Ste 900<br>Mount Laurel, NJ 08054 | Attorneys for Freedom Mortgage Corporation, Creditor/Mortgagee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Fissel, Esq.<br>Brock & Scott PLLC<br>302 Fellowship Road<br>Mt. Laurel, NJ 08054 | Attorneys for Freedom Mortgage Corporation, Creditor/Mortgagee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |