| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>VICTORIA A. STEFFEN, ESQ.<br>311 South Main Street<br>PO Box 627<br>Cape May Court House, NJ 08210<br>Phone: (609) 463-0611<br>Fax: (609) 463-1990<br>vsteffen@verizon.net<br>　　　　　　　Attorney for Debtor(s) | |
| In Re:<br>SHARON L. MCNEAL-SILNICKI<br>　　　　　　　Debtor (s)<br>1 | Case No.: __19-11614__<br>Chapter: __13__<br>Hearing Date: __4/5/2022__<br>Judge: __JNP__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled　　　　☐ Withdrawn

Matter: NOTICE OF MOTION OBJECTING TO NOTICE OF POST-PETITION MORTGA

EXPENSES (Doc. 58) Consent Order to be Submitted

Date: 4/1/2022　　　　　　　　　　　　　　　　/s/ Victoria A. Steffen, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Signature

rev.8/1/15