UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

### CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, _____**,** certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled _____ and filed on _____ was marked "order to be submitted," and

❑ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

❑ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
|  | ❑ Trustee |
|  | ❑ U.S. Trustee |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.


Date: _____                      _____
                                                              Signature


*new.8/1/18*