UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

VICTORIA A. STEFFEN, ESQ.
311 South Main St.
PO Box 627
Cape May Court House, NJ  08210
Phone: 609-463-0611
Fax: 609-463-1990
vsteffen@verizon.net

Attorney for Debtor(s)

In Re:

SHARON L. MCNEAL-SILNICKI

Debtor (s)

Chapter 13

Case No. 19-11614

Hearing Date:  1/25/2022 @ 11:00 AM

Judge:  JNP

## CONSENT ORDER RESOLVING MOTION OBJECTING TO NOTICE OF POSTPETITON MORTGAGE FEES, EXPENSES AND OTHER CHARGES

The relief set forth on the

**DATED: April 8, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having been opened to the Court by Victoria A. Steffen, Esq. on Debtor's Motion Objecting to Freedom Mortgage Corporation's Notice of Postpetition Mortgage Fees, Expenses and other Charges, and Rob Saltzman, Esq., Pluese, Becker & Saltzman, counsel for Freedom Mortgage Corporation, having filed a response thereto; and the parties having agreed to the entry of an order settling the matter and for good cause shown;

**IT IS HEREBY ORDERED**

1. Upon refund to Freedom Mortgage Corporation by the Township of Middle of the fees set forth in Creditor Freedom Mortgage Corporation's Notices of Postpetition Fees, Expenses and Charges (Official Form 410S2) filed March 25, 2020 in the amount of $545.00 and $570.00 designated as "property registration fees" and on December 22, 2020 in the amount of $1070.00 designated as "municipality fees", Freedom Mortgage Corporation agrees to promptly take the necessary steps to update and remove these fees from Debtor's mortgage account and provide Debtor and Debtor's counsel with verification of same.

2. Upon receipt of the Middle Township fee refund, Freedom Mortgage Corporation shall also withdraw its previously filed March 25, 2020 Notice of Postpetition Fees, Expenses and Charges and its Notice of Postpetition Fees, Expenses and Charges filed on December 22, 2020 so as to reflect that these charges are no longer due and owing

The undersigned hereby consent to the form and entry of the within order.

____/s/ Victoria A Steffen_____  
VICTORIA A. STEFFEN, ESQ.  
*Attorney for Debtor Sharon McNeal-Silnicki*

_____/s/ Rob Saltzman_____  
ROB SALTZMAN, ESQ.  
Pluese, Becker & Saltzman  
*Attorneys for Freedom Mortgage Corporation*

DATED: 4/7/2022

DATED: 4/7/2022