UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VICTORIA A. STEFFEN, ESQ.
311 South Main St.
PO Box 627
Cape May Court House, NJ  08210
Phone: 609-463-0611
Fax: 609-463-1990
vsteffen@verizon.net

Attorney for Debtor(s)

---

**Order Filed on April 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:                                          Chapter 13

SHARON L. MCNEAL-SILNICKI                        Case No. 19-11614

Debtor (s)                                       Hearing Date:  1/25/2022  @ 11:00 AM

                                                Judge:  JNP

## CONSENT ORDER RESOLVING MOTION OBJECTING TO  NOTICE OF

## POSTPETITON   MORTGAGE FEES, EXPENSES AND OTHER CHARGES

The relief set forth on the

**DATED: April 8, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having been opened to the Court by Victoria A. Steffen, Esq. on Debtor's Motion Objecting to Freedom Mortgage Corporation's Notice of Postpetition Mortgage Fees, Expenses and other Charges, and Rob Saltzman, Esq., Pluese, Becker & Saltzman, counsel for Freedom Mortgage Corporation,  having filed a response thereto; and the parties having agreed to the entry of an order settling the matter and  for good cause shown;

**IT IS HEREBY ORDERED**

1.  Upon refund to Freedom Mortgage Corporation by the Township of Middle  of  the fees set forth in Creditor Freedom Mortgage Corporation's Notices of Postpetition Fees, Expenses and Charges (Official Form 410S2) filed March 25, 2020 in the amount of $545.00 and $570.00 designated as "property registration fees"  and on December 22, 2020  in the amount of $1070.00 designated as "municipality fees" , Freedom Mortgage Corporation agrees to promptly take the necessary steps to update and remove these fees from Debtor's mortgage account and provide Debtor and Debtor's counsel with verification of same.

2. Upon receipt of the Middle Township fee refund, Freedom Mortgage Corporation shall also withdraw  its previously filed  March 25, 2020 Notice of Postpetition Fees, Expenses and Charges and  its Notice of Postpetition Fees, Expenses and Charges filed on December 22, 2020 so as to reflect that these charges are no longer due and owing

The undersigned hereby consent to the form and entry of the within order.


_____/s/ Victoria A Steffen_____               _____/s/ Rob Saltzman_____
VICTORIA A. STEFFEN, ESQ.                         ROB SALTZMAN, ESQ.
*Attorney for Debtor Sharon  McNeal-Silnick*i         Pluese, Becker & Saltzman
                                                  *Attorneys for Freedom Mortgage Corporation*

DATED:    4/7/2022                                DATED: 4/7/2022

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-11614-JNP

Sharon L. McNeal-Silnicki                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sharon L. McNeal-Silnicki, 1043 Route 47 S, Rio Grande, NJ 08242-1507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor J.G. Wentworth Home Lending LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Robert P. Saltzman | |
| | on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Victoria A. Steffen | |
| | on behalf of Debtor Sharon L. McNeal-Silnicki vsteffen@verizon.net G30369@notify.cincompass.com |

TOTAL: 7