UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VICTORIA A. STEFFEN, ESQ. (VS-0992)
311 South Main St.
PO Box 627
Cape May Court House, NJ  08210
Phone: 609-463-0611
Fax: 609-463-1990
vsteffen@verizon.net

In Re:

Sharon L.  McNeal-Silnicki

                    Debtor

**Order Filed on February 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____19-11614_____

Judge: _____JNP_____

Chapter: 13

## ORDER TO DEBTOR'S EMPLOYER
## ENDING PAYMENTS TO THE CHAPTER 13 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: February 8, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

_____Sharon L. McNeal-Silnicki_____, a debtor in the above named case having filed for

relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered

for debtor's employer Board of Education Wildwood School Dist, to deduct funds from the

debtor's compensation and submit them to the Chapter 13 Trustee, and

       ❏       The debtor's case having been dismissed on _____,

       ☒       The Chapter 13 Trustee having notified the Court that the debtor has completed

              his/her plan payments as of _____January 9, 2024_____,

       ❏       The debtor's case having been converted,

IT IS HEREBY

ORDERED that the debtor's employer shall cease withholding trustee payments from the

debtor's compensation beginning on the date of this order, and that the debtor's employer is no

longer required to submit payments to the Chapter 13 Trustee on behalf of the above named

debtor, and it is further

ORDERED that any funds withheld from the debtor's compensation prior to the above

date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10)

days of the date of this Order, and it is further

ORDERED that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not

represented by an attorney, shall serve a copy of this order on the debtor's employer within five

days of the date of this order.

*rev.8/1/15*